# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

    Plaintiff,

v.

LAW LIBRARY et al.,

    Defendants.

Case No.  2:14-cv-163-JAD-GWF

**ORDER**

## I.  DISCUSSION

On April 21, 2014, this Court entered a screening order which granted Plaintiff's application to proceed *in forma pauperis* but dismissed Plaintiff's complaint in its entirety with prejudice (as amendment would be futile) for failure to state a claim. (Doc. No. 11 at 5-6). The Court also found that the dismissal would count as a strike under 28 U.S.C. § 1915(g). (*Id.*). After this Court denied Plaintiff's motion for reconsideration, Plaintiff filed a notice of appeal. (Doc. No. 15, 16).

On May 21, 2014, the U.S. Court of Appeals for the Ninth Circuit issued a referral notice to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal was frivolous or taken in bad faith.  The Court finds that the appeal is frivolous or taken in bad faith.

## II. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that this Court certifies that any *in forma pauperis* appeal from this Court's April 21, 2014, screening order and May 12, 2014, order denying the motion for reconsideration would **not** be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

Dated: May 21, 2014.

_____
Jennifer A. Dorsey
United States District Court Judge